UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                  :

MIKHAIL KHANUKAYEV,                         :
                 Plaintiff,                   ORDER
                                         :

      -v.-
                                       :     08 Civ. 6832 (CM) (GWG)
                                                 09 Civ. 6175

CITY OF NEW YORK, et al.,               :

              Defendants.                :
------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       The application of David B. Rankin to withdraw as counsel is granted. The application, contained in a letter to the Court dated September 8, 2009, shall be filed under seal.

       Because plaintiff is now proceeding pro se, the Clerk is requested to change both of the above-referenced cases to non-ECF cases.

       Plaintiff shall respond to the City of New York's motion to dismiss in the 08 Civ. 6832 case on or before September 29, 2009. Any reply shall be filed by October 13, 2009.

       The Times Square Alliance shall respond to the "Motion for Reconsideration" in the 08 Civ. 6832 case on or before September 29, 2009. Any reply shall be filed by October 13, 2009. The Times Square Alliance shall construe plaintiff's motion as being made in the alternative pursuant to Fed. R. Civ. P. 60(b).

       SO ORDERED.

       Dated: New York, New York
               September 8, 2009

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 9/9/09]

Copies sent to:

David Rankin
Rankin & Taylor
350 Broadway, Suite 700
New York, NY 10013

Mikhail Khanukayev
610 Ovington Ave. Apt. 2E
Brooklyn, NY 11209

Max Oliver McCann
Office of the Corporation Counsel
100 Church Street
New York, NY 10007

Bradley R. Bobroff
Proskauer Rose LLP
1585 Broadway
New York, NY 10036