UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
:
MIKHAIL KHANUKAYEV,                             :
                Plaintiff,           :       ORDER
:
   -v.-                                            :
:       08 Civ. 6832 (CM) (GWG)
:       09 Civ. 6175 (CM) (GWG)
CITY OF NEW YORK, et al.,                       :
:
                Defendants.        :
-------------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       For the reasons stated following the hearing held on November 23, 2009, the "Motion for Reconsideration" (Docket #48), which the Court has construed as a motion to vacate pursuant to Fed. R. Civ. P. 60(b), is granted. The Stipulation and Order of Dismissal (Docket # 46) is hereby vacated.

       In addition, inasmuch as plaintiff is now represented, the Clerk is requested to designate this case an "ECF" case.

       SO ORDERED.

Dated: New York, New York
       November 24, 2009

                                                  GABRIEL W. GORENSTEIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/09